IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:05 CV 411**

| | | |
|---|---|---|
| LINDA E. THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| QUANTUM BUILDING SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on its own motion. The above captioned case is hereby re-scheduled to the **May 7, 2007 term of court at 10:00 a.m.** in Charlotte.

IT IS SO ORDERED.

Signed: July 12, 2006

Graham C. Mullen
United States District Judge