IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CV411

LINDA E. THOMAS,                          )
                    Plaintiff,            )
                                          )
        v.                                )           ORDER
                                          )
QUANTUM BUILDING SERVICES, INC.,          )
                    Defendant.            )
                                          )
_____)


        THIS MATTER is before the Court upon Plaintiffs' Stipulation of Dismissal with

Prejudice. [Docket # 14].

        Defendant has submitted an answer, and therefore, pursuant to Federal Rule of Civil

Procedure 41(a)(1), this case is dismissed.

        IT IS SO ORDERED.




        Signed: May 7, 2007



        Graham C. Mullen
        United States District Judge